**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Linwood Bruce CAMERON, II, Defendant—Appellant.**

**No. 09–6883.**

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 16, 2009.

Decided: Nov. 4, 2009.

Linwood Bruce Cameron, II, Appellant Pro Se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before GREGORY and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Linwood Bruce Cameron, II, appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Cameron,* No. 1:01–cr–00372–JAB–1 (M.D.N.C. Apr. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*